IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JATIVA MICHELLE TIPTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN INSURANCE GROUP, INC.,<br><br>Defendant. | Case No. 5:22-cv-00757-JKP-HJB |

## PARTIES' JOINT STIPULATION TO DISMISSAL

Plaintiff Jativa Michelle Tipton and Defendant Franklin Insurance Group, Inc. (collectively, the "Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to Plaintiff's voluntary dismissal of this action, without prejudice, and with the Parties bearing their own attorneys' fees and costs.

Respectfully submitted,

Dated: October 19, 2022

*/s/ Robert A. McLauchlan*
Robert A. McLauchlan, III
LAW OFFICE OF ROBERT A. MCLAUCHLAN
1409 Harborside Dr.
Galveston, TX 77550
(512) 339-4100
rmclauchlan@ipcounseling.com

Avi R. Kaufman
KAUFMAN P.A.
237 South Dixie Highway, Fl. 4
Coral Gables, FL 33133
(305) 469-5881
kaufman@kaufmanpa.com

*Counsel for Plaintiff*

1

Dated:  October 19, 2022

/s/ *Sean G. Wieber*
Sean G. Wieber (admitted *pro hac vice*)
James W. Randall (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
SWieber@winston.com
JWRandall@winston.com

Michael T. Murphy (Bar No. 24051098)
WINSTON & STRAWN LLP
800 Capitol St. Ste. 2400
Houston, TX 77002-2925
Tel: (713) 651-2600
Fax: (713) 651-2700
MTMurphy@winston.com

*Counsel for Defendant Franklin Insurance Grp., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Sean G. Wieber*
Sean G. Wieber

## SERVICE LIST

Robert A. McLauchlan, III
LAW OFFICE OF ROBERT A. MCLAUCHLAN
1409 Harborside Dr.
Galveston, TX 77550
(512) 339-4100
rmclauchlan@ipcounseling.com

Avi R. Kaufman
KAUFMAN P.A.
237 South Dixie Highway, Fl. 4
Coral Gables, FL 33133
(305) 469-5881
kaufman@kaufmanpa.com