UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JATIVA MICHELLE TIPTON<br>Individually and on Behalf of All<br>Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN INSURANCE GROUP, INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§   SA-22-CA-757-JKP<br>§<br>§<br>§<br>§<br>§ |

## ORDER

In light of the Parties' Joint Stipulation to Dismissal (Docket Entry 10) filed on today's date, it is hereby **ORDERED** that this case is **RETURNED** to the District Court for all purposes.

**SIGNED** on October 19, 2022.

_____
Henry J. Bemporad
United States Magistrate Judge